FORM NO. BA-23

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| In Re:<br>Davis, Anita Faye<br>Davis, David M.<br><br>Debtor(s). | Case No.: 08-82841-CRJ-7 |
|---|---|

## REPORT OF INITIAL DEPOSIT

To the Honorable Clifton R. Jessup, Jr. Bankruptcy Judge for the Northern District of Alabama, Northern Division:

This is to advise that I have made a deposit or investment at:

| | |
|---|---|
| Bank: | Union Bank |
| Account No. | 2133039418 |
| Date: | 10/10/2017 |
| Amount of Deposit: | $17,237.53 |
| Name of Account: | Tazewell T. Shepard, as Trustee for the Bankruptcy Estate of Davis, Anita Faye & David M.<br>BK Case #08-82841-CRJ-7 |
| Nature of Account: | Checking |
| Source of Funds: | Branch Law Firm Legal Group, LLP |

If this is a checking account, the "90 Day Notice" the Debtor's name, and the case number will be printed on the checks. I have notified the entity named above of its reporting requirements under regulations promulgated by the Administrative Office of U.S. Courts as described in Vol. V-C, Ch. IX, Part B, of the Guide to Judicial Policies and Procedures (reproduced as Appendix K to the Trustee's Manual.) This deposit or investment is insured or guaranteed by the United States, or a department, agency or instrumentality of the United States, or backed by the full faith and credit of the United States, except for the following amount:

Date: October 10, 2017

RESPECTFULLY SUBMITTED,

*/s/ Tazewell T. Shepard*
TAZEWELL T. SHEPARD