IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
Northern Division

In Re:
Davis, Anita Faye
Davis, David M.

Case No. 08-82841-CRJ-7

Debtor(s).

REPORT OF UNCLAIMED FUNDS UNDER
BANKRUPTCY RULE 3011

COMES NOW Tazewell T. Shepard, Trustee in the above styled case, and hereby reports that the following checks(s) to allowed claimants have not been presented to the proper bank for payment:

| Claim # | Name and Last Known Address | Amount |
|---|---|---|
| **SURPLUS** | **Anita Faye Davis**<br>**David M. Davis**<br>**5835 Underwood Mountain Road**<br>**Tuscumbia, AL  35674** | **$9,687.15** |

Pursuant to Bankruptcy Code § 347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, Trustee hereby files the above with the Clerk of Court, which represents a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate.  Trustee has stopped payment on the above check remaining unpaid, and these funds are hereby paid into the court for disposition under Chapter 129 of Title 28.  An electronic payment to CLERK, U.S. BANKRUPTCY COURT – BIRMINGHAM, ALABAMA in the amount of $9,687.15 is submitted with the filing of this report.

Dated this the 23rd day of July, 2019.

 */s/ Tazewell T. Shepard, Trustee*
TAZEWELL T. SHEPARD, TRUSTEE
P.O. Box 19045
Huntsville, AL  35804
(256) 512-9924